United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Alexander Bladimir Prieto Machado, | § § § § | |
| Plaintiff, | § § | Civil Action No. H-26-214 |
| v. | § § § | |
| U.S. Department of Homeland Security, *et. al.*, | § § § § | |
| Defendants. | § | |

## **ORDER**

Pursuant to the Notice of Voluntary Dismissal filed on August 3, 2026, the above referenced case is hereby dismissed without prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this **4** day of August, 2026.

DAVID HITTNER
United States District Judge